# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10139
_____

BRUCE HENRY,

*Plaintiff-Appellee,*

*versus*

SHERIFF OF TUSCALOOSA COUNTY, ALABAMA,
   in his official capacity,
DISTRICT ATTORNEY OF TUSCALOOSA COUNTY,
ALABAMA,
   in his official capacity,
ATTORNEY GENERAL OF THE STATE OF ALABAMA,
   in his official capacity,

*Defendants-Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:21-cv-00797-RAH-JTA

_____

2                          Order of the Court                    24-10139

Before WILLIAM PRYOR, CHIEF JUDGE, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, BRASHER, ABUDU, and KIDD, Circuit Judges.

BY THE COURT:

A judge of this Court having requested a poll on whether this appeal should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor, the Court sua sponte ORDERS that this appeal will be reheard en banc. The panel's opinion is VACATED.